

FILED BY_____D.C.

MAY 23 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR
## PRO SE (NON-PRISONER) LITIGANTS IN ACTIONS UNDER
## 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Robert Lee Darby II                    ,

_____,

_____,

*(Write the full name of each Plaintiff filing this complaint. If there is insufficient space to list the names of all Plaintiffs, please write "see attached" in the space above and attach an additional page with a full list of names.)*

**Case No.:** _____
*(To be filled in by the Clerk's Office)*

v.

EKWEREKWU, CHUKWUEME;
JEFFREY MARK KUNZEL;
ROBERT DONALD BACON Jr;
Dr. RICHARD DELGADO DO,          ,
BRISTOL WEST INSURANCE GROUP;
NATION WIDE INSURANCE,
TURN PIKE MORTORS,                ,

*(Write the full name of each Defendant who is being sued in this complaint. If there is insufficient space to list the names of all Defendants, please write "see attached" in the space above and attach an additional page with a full list of names.)*

_____/

**Jury Trial Requested?**
☒ **YES**  ☐ **NO**

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff(s)

    1. Plaintiff's Name: _Robert Lee Darby II_

      Address: _398 E. Dania Beach, Blvd. #181_

      City, State, and Zip Code: _Dania Beach, FL 33004_

      Telephone: _(954) 914-0182_ *(Home)* _(954) 612-9920_ *(Cell)*

    2. Plaintiff's Name: _____

      Address: _____

      City, State, and Zip Code: _____

      Telephone: _____ *(Home)* _____ *(Cell)*

      *(Provide this information for any additional Plaintiffs in this case by attaching additional pages, as needed.)*

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation.  For individual Defendants, identify the person's official position or job title, and mailing address.  Indicate the capacity in which the Defendant is being sued.  Do this for *every* Defendant:

1. Defendant's Name: EKWEREKWU, CHUKWUEME

   Official Position: FHP OFFICER TROOPER / POST "K"

   Employed at: Florida Hwy Patrol

   Mailing Address: 5105-5213 W. Sunrise Blvd.

   Plantation, FL 33317

   ☒ Sued in Individual Capacity          ☐ Sued in Official Capacity

2. Defendant's Name: Dr. DELGADO, RICHARD E., DO

   Official Position: Emergency Medicine

   Employed at: Broward Health Imperial Point

   Mailing Address: 6401 N. Federal Highway

   Fort Lauderdale, FL 33308

   ☒ Sued in Individual Capacity          ☐ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II.   BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics,* 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials *(§ 1983 case)*

## III.  STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief.  Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim.  Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law.  Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident.  ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.***  You may make copies of the following page if necessary to supply all of the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  ***Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.***

This affidavit provides a statement of the facts related to an incident that occurred on March 25, 2023, involving multiple defendents. The purpose of this statement is to demonstrate the harm caused by the defendants and their violation of Federal law, as well as to assert the rights that have been violated.

**Factual Allegations, Continued** *(Page 5 of 9 )*

1. On March 25, 2023 at approximately 11:46 pm, Mr. Darby was traveling southbound on Coconuts Creek, Martin Luther King Blvd. Onward ramp to turnpike southbound, with a travel speed of 20 to 25 miles per hour on the circular ramp road.

2. Upon reaching the turnpike southbound traffic road on the far right lane, approximately 100 to 200' past the first overpass, Mr. Darby safely merged onto the traffic left lane on the turnpike southbound.

3. Before reaching the second bridge overpass, Mr. JEFFREY MARK KUNZEL drove recklessly and aggressively, using his Ford F150 pickup truck as a weapon. He was traveling approximately 70 to 80 miles per hour in the center 2nd left lane, adjacent to Mr. Darby's left lane.

4. Mr. KUNZEL performed an aggressive pit maneuver, similar to the one used by the Carolina boys against people of color, with the intention to harm Mr. Darby. As a result, Mr. Darby vehicle collided with a concrete wall, causing severe injuries.

**Factual Allegations, Continued** *(Page 5 of 2 )*

5. The actions of Mr. KUNZEL and the subsequent collision violated Mr. Darby's constitutional rights to due process, life, liberty, and freedom. This incident is indicative of biased racial discrimination and systematic profiling.

6. All Parties involved in the incident colluded to provide false narritives and falsified statements to defraud the State OF Florida and insurance companies. This collaboration futher victimized Mr. Darby and violated his constitutional rights.

7. The actions of the insurance companies involved, including BRISTOL WEST, AMERICAN AUTO INSURANCE, and PROGRESSIVE INSURANCE, NATIONWIDE INSURANCE, displayed unfair bias discrimination practices against Mr. Darby. They denied his rights to access his mandated personal Injury Protection (PIP) coverage, which caused financial loss and mental distress.

8. Additionally, the actions OF the State Attorney's Office, Broward Health Hospital, and the seller/owner of the vehicle, TURNPIKE MOBTORS, INC., violated Mr.

**Factual Allegations, Continued** *(Page 5 of 6 )*

16. Trooper EKWCHUKWUEME willfully obstruct EMT and Hospital medical staff from providing mr. Darby medical care and aid to his injuries by blocking the front door way of mr. Darby's hospital room causing mr. Darby's condition injuries to serverely worsened after/during trooper bias interrogation caused mr. darby to vomitting all over the hospital floor causing mr. Darby mental anguish emotional pain and suffering violated mr. Darby's constitutional right to equal protection of the law to life liberty and limb.

17 At the ~~scen sen~~ scene and at the Hospital EMT. and medical staff failed to provied medical care to mr. Darby violating mr. Darbys constitutional right discriminated against mr. Darby.

18. Dr. RITCHARD DELGATO E, DO bias medical malpratice proscribe mr. Darby a lethal dose of 4,500 MG of METHOCARBAMOL Resulting In mr. Darby's condition to have a heart attack from the side affects of the medication violating mr. Darbys constitutional rights. THE Hospital staff failed to conduct standered medical care

## IV. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated.  Be specific.  If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III.  If more than one Defendant is named, indicate which claim is presented against which Defendant.

1. The defendants' action described above violated Mr. Darby's rights under the constitution, Federal laws, and treaties of the United States.

2. The violation include but are not limited to the following: violation of due process, violation of the rights to life, liberty, and freedom, violation of equal rights and protection under the law, Slander of court appearance, and violated of Mr. Darby's rights to access his (PIP) coverage,

## V. RELIEF REQUESTED

State briefly what relief you seek from the Court.  Do not make legal arguments or cite to cases/ statutes.  If requesting money damages *(either actual or punitive damages)*, include the amount sought, explaining the basis for the claims.

1. Compensation for actual and punitive damages caused by the defendants' actions.

2. An amount of 700,000,000 for the damages incurred, based on the harm caused and basis for the claims.

NDFL Pro Se 15 (Rev. 12/16) Civil Rights Complaint Non-Prisoner
ClerkAdmin/Official/Forms

6

**Factual Allegations, Continued** *(Page 5 of 3 )*

Darby's constitutional rights and jeopardized his livelihood.

9. The discriminatory acts of the Insurance companies, including NATiON WIDE insurance and BRISTOL WEST, resulted in the denial of Mr. Darby's rights to receive medical injury benefits covered by his (PIP) policy, regardless of fault.

10. North BROWARD HOSPITAL District abused its position by unethically filing a lien claim against Mr. Darby, affecting his credit score and ability to secure loans. The Futher caused financial loss and emotional distress to Mr. Darby and his family.

11. The state affiliates of the over excessive ticketing of a no fault driver targeting Mr. Darby as a Black African Khemite Indigenous Native American people using ensnared bias discrimination having mr. Darby attended unwarranted court contracts that violated mr. Darby's constitutional rights to life liberty and freedom to equal rights and and protection of the law.

**Factual Allegations, Continued** *(Page 5 of 4)*

12. The slander of court apperance caused mr. Darby imminent punitive damages of the pardon review affected the upkeep of his good standard as a positive relection of the overall community and class B license, legal fees, tag Insurance renewal fees, higher premium violated mr. Darby constitutional rights to due process of the law. life liberty and freedom.

13. The Bristol WEST, NATIONWIDE INSURANCE agent's personal malicious discrimination by the claims agents fraudulently altered back dating mr Darbys Insurance coverage, on march 27, 2023 4:05 pm mr. Darby Informed the Insurance Bristol West Agent notice of the vehicle was a total lost, However The Bristol West under Security NATIONAL INSURANCE Company abused its position and laws Failed to disclose the details to the Florida Highway safty and motor vehicles resulting In the policyholders being discriminated on May 23, 2023 (FL HSMV) at 12:01 am unjustly suspended Driver license violation the owner constitutional rights to life liberty Freedom and due process of the law.

**Factual Allegations, Continued** *(Page 5 of 5 )*

14. mr. EREKU arrived At Braward Heath stood outside mr. Darby's room continued to use bias discrimination Interrogation on mr. Darby while mr. Darby was severely injured with a concussion violation mr. Darbys constitutional rights to equal protection of the law, Due process of the law and caused mr. Darby emotional distress pain suffering mental pain and anguish.

15. Mr. Darby emphasizes to mr. EREKU He was In fear for his life after the Defendent JEFFREY Attempted to Kill him putting mr. Darby In imminent danger mr. EKWCHUKWUEME violated mr. Darby's constitutional rights to due process of the law. Trooper EKWCHUKWUEME Failed to secure the evidence on the impound vehicle and did NOT place a hold on the police Impound vehicle violating mr. Darbys constitutional rights to equal protection of the law and due process of mr. Darbys constitutional rights discriminated against the Attitioner's rights.

## VI.   CERTIFICATION

As required by Federal Rule of Civil Procedure 11, I certify by signing below that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address.   I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 5/18/2023 Plaintiff's Signature: _____

Printed Name of Plaintiff: _Robert Lee Darby II_____

Address: _398 E. Dania Beach Blvd._____

_Dania Beach, FL 33004_____

E-Mail Address: _KeepersNeeds@gmail.com_____

Telephone Number: _(954) 914 - 0182_____

*(Additional signature page(s) must be attached if there is more than one*

*Plaintiff.)*

## DECLARATION OF OATH

Under the penalties of perjury, I _Robert Lee Darby_ ,
Declare that I have read the forgoing ' AFFIDAVIT' and that the facts stated in it are true,
pursuant to Florida Statures, Chapter 92.525, on this _18_ day of _May_ , 20_23_.

_Robert Lee Darby_
Affiant, Declarant

## NOTARY

THE STATE OF FLORIDA)
COUNTY OF_BROWARD_)

Before me, the undersigned authority, this day personally appeared
_Robert Lee Darby II_ , who first being duly sworn, say that he/she is the
Defendant/Appellant/Petitioner in the above-styled cause, that he/she has read the foregoing
document, and has personal knowledge of the facts and matters therein set forth and alleged and
that each and all of these facts and matters are true and correct.

(Your Signature)

The forgoing instument was acknowledged before me this _10th_ day of _May_ ,
20_23_, by _Ruthline Augustave_ , who is personnally known to me or has produced a
Department of Correction I.D. as identification and who did take an oath.

_12/2026_
MY COMMISSION EXPIRES

Ruthline Augustave
Comm.: HH 338407
Expires: December 5, 2026
Notary Public - State of Florida

NOTARY PUBLIC